IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

BRANDON TROY BARRON                                        PETITIONER

V.                                            CAUSE NO.: 2:07CR127-SA

UNITED STATES OF AMERICA                                   RESPONDENT

ORDER ON MOTION

Defendant Brandon Troy Barron has filed a Second Motion for Unconditional Release or Discharge in this case. The Court held the original motion in abeyance until such time as the annual report was delivered to the Court. The Court has received Barron's annual psychiatric report, and a hearing  has been scheduled for March 31, 2015. Accordingly, the Defendant's Second Motion for Unconditional Release or Discharge [78] is MOOT.

SO ORDERED, this the 10th day of February, 2015.

 /s/ Sharion Aycock_____
**U.S. DISTRICT JUDGE**